# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

144737

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                        SC: 144737
                                                        COA: 307054
                                                        Kent CC: 10-010055-FC

RICHARD DAMIEN OSBORNE,
        Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the January 9, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

t0912

_____
                Clerk